IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY ANDREW ZAMARRON,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:18-CR-00204-TLN<br><br>**ORDER** |

　　　On April 23, 2020, the United States filed an Application to Turn Over Seized Funds Held by the United States Postal Service to the Clerk of the Court to be applied to any remaining special assessment balance and in partial satisfaction of defendant, Anthony Andrew Zamarron's restitution balance.  Based upon the application, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that the United States Postal Service shall turn over the seized funds in the amount of $676.00 to the United States District Court, Eastern District of California, Clerk of the Court, 501 I Street, Room 4-200, Sacramento, California 95814.  The Memo line on the check or money order shall include the criminal docket number 2:18-cr-00204-TLN.

DATED:  April 27, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge